UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

REBECCA YOUG and SCOTT NELSON,
On their own behalves and others similarly
Situated,

     Plaintiff(s),

                           CASE NO.: 2:09-cv-732-FtM-29DNF

v.

KRINIS, INC., a Florida Profit Corporation
d/b/a ATHENIAN RESTAURANT, and
CHRISTOPHER TSOVOLOS, individually,

     Defendants.
_____/

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in this matter. The parties advise the Court that they:

_____    Have settled the case.

__X__    Have not settled the case, but wish to continue settlement discussions for an additional (14) days.

_____    Wish to engage in a formal mediation conference.

_____    Request a settlement conference before the United States Magistrate Judge.

_____    Have exhausted all settlement efforts and have filed a Case Management Report.

Dated:  March 9, 2010

Respectfully submitted,

>**/s NANETTE LEVI**
>
>NANETTE LEVI, ESQUIRE
>FL Bar No.:  646679
>MORGAN & MORGAN, P.A.
>6824 Griffin Road
>Fort Lauderdale, Fl. 33314
>Tel: 954-318-0268
>Fax: 954-333-3515
>E-mail: NLevi@forthepeople.com
>
>Trial Counsel for Plaintiffs
>
>**s/ MATTHEW S. TOLL**
>MATTHEW S. TOLL, ESQUIRE
>Fl Bar No: 0785741
>LUSK, DRASITES, TOLISANO & SMITH, P.A.
>202 South Del Prado Boulevard
>Cape Coral, Florida 33990
>Telephone:  (239) 574-7442
>Facsimile:  (239) 772-0318
>mtoll@attorneyscapecoral.com
>
>Trial Counsel for Defendants